PROB 22

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:03CR05260-01

**DOCKET NUMBER** *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Johnny Lynn Ramey, Jr.<br>New York, NY | Eastern District of California | Southern |

**NAME OF SENTENCING JUDGE**

Honorable Anthony W. Ishii

| DATES OF PROBATION | FROM<br>03/29/2004 | TO<br>03/28/2009 |
|---|---|---|

**OFFENSE**  18 USC 153(a): EMBEZZLEMENT AGAINST A BANKRUPTCY ESTATE

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3-19-08
Date

United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge
Magistrate

CC:  United States Attorney
     FLU Unit-United States Attorney's Office
     Fiscal Clerk-Clerk's Office

**KEVIN NATHANIEL FOX**
United States Magistrate Judge
Southern District of New York

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG