P# 4612-Harris

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Pamella F Harris, Sr. USPO

**RE:** RAMEY, Johnny

**DATE:** April 02, 2008

08CRIM 295

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 29, 2004 the above-named individual was sentenced in the Eastern District of California as outlined in the attached J & C.

On April 02, 2008 we received a letter from the Eastern District of California advising that the Transfer of Jurisdiction Order (Probation Form 22) was signed, ordering Mr. RAMEY transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5061.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Pamella F. Harris
Sr. U.S. Probation Officer

SDNY
ENT
CALLY FILED
APR 0 8 2008